UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Anthony Allen**                              **Docket No. 5:25-CR-36-1D**

### Petition for Action on Supervised Release

COMES NOW Hector Gutierrez, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anthony Allen, who, upon an earlier plea of guilty to Count 1 - Conspiracy to Distribute and Possess with Intent to Distribute Heroin, Fentanyl, and Cocaine Base, in violation of 21 U.S.C. § 841(a)(l), 21 U.S.C. § 841(b)(1)(C), and 21 U.S.C. § 846; and Count 2 - Possession with the Intent to Distribute Heroin and Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(l)(C), was sentenced in the Southern District of New York by the Honorable Phillip M. Halpern, U.S. District Judge, on July 29, 2022, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Anthony Allen was released from custody on September 9, 2024, at which time the term of supervised release commenced. On February 11, 2025, a transfer of jurisdiction was received from the Southern District of New York, and this case was assigned to the Honorable James C. Dever III.

On March 27, 2025, a Violation Report was submitted to the court reporting that the defendant submitted a positive urinalysis for marijuana. At that time, the defendant was continued on supervision to allow him the opportunity to participate in treatment. On June 26, 2025, a Violation Report was submitted to the court reporting that the defendant submitted a positive urinalysis for marijuana. At that time, the defendant was referred back to substance abuse treatment and continued on supervision. On January 6, 2026, a Petition for Action on supervised release was approved as a result of the defendant testing positive for marijuana. The defendant's conditions were modified to include a 45-day curfew with GPS technology.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 19, 2026, the defendant submitted a urinalysis which returned positive for marijuana. When confronted with the result of the test, the defendant denied having used marijuana. Confirmation of the positive test result was received on March 3, 2026. The defendant then signed an admission of drug use. The defendant is currently active in substance abuse treatment, and his clinician is supportive of the proposed plan to continue working toward sobriety. In response to the defendant's continued substance abuse, we respectfully request that the court modify the defendant's conditions to include a 60-day period of Home Detention with GPS technology. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Pursuant to 18 U.S.C. § 3583(d), the court shall consider whether the availability of appropriate substance abuse treatment programs, or a person's current or past participation in such programs, warrants an exception to 18 U.S.C. § 3583(g)(4) when considering any action against a defendant who fails a drug test while on supervised release. As Anthony Allen is engaged in a treatment program, and considering 18 U.S.C. § 3583(d), the probation office respectively recommends the defendant be permitted to continue supervision in lieu of revocation with the below modification to his supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

**Anthony Allen**
**Docket No. 5:25-CR-36-1D**
**Petition For Action**
**Page 2**

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

/s/ Hector Gutierrez
Hector Gutierrez
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2534
Executed On: March 9, 2026

## ORDER OF THE COURT

Considered and ordered this ___11___ day of ___March___, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge